KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIAN WHITNEY,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case # 1:16-CV-30-EPG<br><br>STIPULATED EXTENSION OF TIME; ORDER |

   The parties hereby stipulate by counsel, that Plaintiff shall have a second 30 day extension of time to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel is ill and a solo practitioner.  As a result, counsel needs additional time to draft the Opening Brief. Opening Brief shall now be due on October 21, 2016.

   The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated September 22, 2016:        /s/ Kelsey M Brown
                                 KELSEY MACKENZIE BROWN CA #263109
                                 Mackenzie Legal, PLLC

Page 1    STIPULATION
          [1:16-CV-30-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

1003 Whitman Street
Tacoma, WA 98406
 (206) 300-9063
Attorney for Plaintiff

Dated September 22, 2016:        s/ KELSEY M. BROWN for Sundeep Patel
SUNDEEP PATEL
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

Based on the above stipulation and good cause appearing therein, the Court adopts the parties' stipulation. Plaintiff's opening brief shall be filed no later than **October 21, 2016**. Defendant's opposition brief shall be filed no later than **November 21, 2016**. Plaintiff may file any reply brief no later than **December 6, 2016**.

IT IS SO ORDERED.

Dated:   **September 23, 2016**             /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
          [1:16-CV-30-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063