PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, CA 94105-1545
  Telephone: (415) 977-8981
  Facsimile: (415) 744-0134
  E-mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIAN WHITNEY, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-00030-EPG <br><br> **ORDER GRANTING EXTENSION OF TIME** <br><br> (ECF No. 15) |

Pursuant to the Parties' Stipulation for Extension of Time (ECF No. 15), IT IS HEREBY ORDERED that Defendant has until December 21, 2016, to submit her response to Plaintiff's Opening Brief.  All other dates in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **November 18, 2016**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE